# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

YVONNE GRAHAM,

    PLAINTIFF,

v.                                CASE NO.: CV-08-J-1129-NE

DELTA GROUP, LLC a/d/b/a JOSEPH,
ORTIZ & EPSTEIN, LLC a/d/b/a
FORTIS FINANCIAL GROUP,

    DEFENDANTS.

## DEFAULT JUDGMENT

This cause coming before the court on the plaintiff's motion for entry of default judgment against defendant (doc. 15), the court finds that a default was entered against the defendant on September 26, 2008 (doc. 14), and defendant has failed to appear or defend.

It is therefore **ORDERED** by the court that judgment by default is entered in favor of the plaintiff and against the defendant on all counts of the plaintiff's complaint.

The plaintiff having submitted the affidavit of Yvonne Graham in support of her claim for damages and attorneys fees, the court finds as follows:

The plaintiff is entitled to recover from the defendant the sum of $10,000.00 as compensatory damages for defendant's violations of the Fair Debt Collection

Practices Act. The plaintiff is further entitled to recover the sum of $1,000.00 as statutory damages under the Fair Debt Collection Practices Act.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that the plaintiff shall have and recover of the defendant the sum of $11,000.00 in statutory and compensatory damages.

The court further finding that the plaintiff's request for attorney's fees is reasonable, the plaintiff is entitled to recover the sum of $700.00 as a reasonable attorney's fee incurred in the prosecution of this action.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that the plaintiff shall have and recover from the defendant the sum of $700.00 as reasonable attorney's fees in this action.

Costs are hereby taxed against the defendant.

**DONE** and **ORDERED** this the 5<u>th</u> day of <u>November</u>, 2008.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE